IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| JMP HOSPITALITY, INC. | § | CASE NO. 21-20122 |
| dba HOLIDAY INN EXPRESS | § | Chapter 11 (Subchapter V) |
| Debtor in Possession | § | JUDGE JOHN W. KOLWE presiding |

## EXPEDITED MOTION FOR INTERIM ORDER FOR USE OF CASH COLLATERAL AND OFFER OF ADEQUATE PROTECTION PURSUANT TO 11USC 363

The motion of debtor in possession herein through undersigned counsel with respect shows:

1.

Debtor filed a petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code on April 29, 2021, and seeks to operate its hotel business as debtor in possession, after its Holiday Inn Express hotel facility is delivered to debtor from the state court appointed receiver, pursuant to 11 USC 543.

2.

Wilmington Trust, NA holds the first mortgage on the hotel property and what is believed to be a perfected security interest in the room rents and furniture, fixtures and equipment. The debt secured by this collateral is approximately $4,085,000.00 plus fees and costs.

3.

Debtor shows that it is important to the debtor in possession and its creditors that the hotel operation continue, and that routine and ordinary post-petition expenses of operation be funded, including non-insider salaries. If the cash collateral from operations cannot be used, and the receiver remains in place, the expenses and lack of expertise of the receiver will continue to damage the hotel's cash flow and will jeopardize its franchise with Holiday Inn.

4.

Debtor seeks to provide Wilmington Trust, N.A. with adequate protection for its interests including periodic cash payments, a post-petition lien on accounts receivable and rents, and provisions for funding PIP requirements of Holiday Inn to maintain its franchise and continue to pay for hurricane damage repairs.

5.

Debtor moves for use of the cash collateral based upon the six month cash flow projections to be filed with adequate protection payments and other protections to be provided to the lender, and moves to grant the Wilmington Trust, N.A. a security interest in post petition room revenues and personal property encumbered with their UCC-1 filing, such as replacement equipment, linens, appliances, and so forth post petition.

WHEREFORE Debtor prays, after notice and an expedited hearing for an order authorizing it to use cash collateral on an interim basis, to grant the Wilmington Trust, NA a replacement lien on post petition room rental income and to pay adequate protection payments in accordance with Section 363 of the Bankruptcy Code and for such other relief as may be appropriate in the premises.

Respectfully submitted:

/s/ Wade N Kelly
Wade N Kelly (#07776)
Attorney at law
1827 Ryan Street
Lake Charles, Louisiana 70601
337-419-2236
Counsel to debtor in possession

CERTIFICATE

I hereby certify that a copy of the foregoing motion was this date electronically submitted to the Office of U S Trustee, c/o Richard Drew at Richard.Drew@usdoj.gov , lucysikes1@gmail.com and was transmitted electronically to counsel to Wilmington Trust, N.A. who are David J. Gold at DGold@perkinscoie.com and to J. Dalton Courson at dcourson@stonepigman.com on April 29, 2021.

/s/ Wade N Kelly
Wade N Kelly