# Notice Recipients

District/Off: 0536−2  User: mdoucet  Date Created: 5/20/2021
Case: 21−20122  Form ID: pdf8  Total: 13

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of U. S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| tr | Lucy G. Sikes (Ch 11 Sub V Trustee) | sikesecf@gmail.com |
| aty | Christopher J. Piasecki | cpiasecki@davidsonmeaux.com |
| aty | John M. Landis | jlandis@stonepigman.com |
| aty | Lucy G. Sikes (Ch 11 Sub V Trustee) | sikesecf@gmail.com |
| aty | Richard Drew | richard.drew@usdoj.gov |
| aty | Wade N. Kelly | staff@wadekellylaw.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db   JMP Hospitality, Inc   401 North MLK Highway   Lake Charles, LA 70601
cr   Wilmington Trust, National Association, as Trustee for Registered Holders of RBS Commercial Funding Inc., Commercial Mortgage Pass−Through Certificates, Series 2014−C21   c/o Stone Pigman Walther Wittmann L.L.C.   909 Poydras Street, Suite 3150   Attention: John M. Landis   New Orleans, LA 70112
cr   Holiday Hospitality Franchising, LLC   c/o Christopher J. Piasecki   Davidson Meaux   Post Office Box 2908   Lafayette, LA 70502−2908
aty   David J. Gold   Perkins Coie LLP   131 S. Dearborn St.   STE 1700   Chicago, IL 60603
aty   Douglas J Harris   Alston & Bird, LLP   333 S. Hope Street, 16th FL   Los Angele, CA 90071
aty   Leib M. Lerner   Alston & Bird, LLP   333 S. Hope Street, 16th FL   Los Angele, CA 90071

TOTAL: 6